**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7323**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIMMY EARL CONARD,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CR-91-52, CA-96-305-1-MU)

———————————

Submitted: December 17, 1998          Decided: January 7, 1999

———————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jimmy Earl Conard, Appellant Pro Se. Deborah Ann Ausburn, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Earl Conard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Conard, Nos. CR-91-52; CA-96-305-1-MU (W.D.N.C. July 30, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2